MADE JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-708-GW(FMOx) | Date | November 17, 2010 |
|---|---|---|---|
| Title | *Gary King v. John E. Potter* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS (IN CHAMBERS):**   NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION

On October 12, 2010, an Order to Show Cause for Lack of Prosecution was issued for the following reason: Failure to diligently prosecute this action.

Plaintiff was given until November 10, 2010, to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer   JG